IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 16-61864-PWB |
| | } | |
| Andrew Lamar Collins | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

Creditor's former mailing address was:

Creditor Name: Franklin American
Address:
   City, State, Zip:


Please be advised that effective July 17, 2016, creditor's correct mailing address is:

Creditor Name: Franklin American
Address: 11675 Rainwater Dr
City, State, Zip: Alpharetta, GA 30009


Dated:  Sunday, July 17, 2016

_____/s/_____
Andrew Lamar Collins

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 16-61864-PWB |
| | } | |
| Andrew Lamar Collins | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, N.E.
Suite 2200
Atlanta, GA 30303

Andrew Lamar Collins
6245 Shelburne Park Lane
Mableton, GA 30126

Franklin American
11675 Rainwater Dr
Alpharetta, GA 30009


Dated:  Sunday, July 17, 2016

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com