UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:

ANDREW LAMAR COLLINS                                              Bk. No. 16-61864- PWB

    Debtor.                                                                  Chapter 13
_____

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **CENLAR FSB,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage on the real property, located at 6245 SHELBURNE PARK LN, MABLETON, GA 30126, loan number ending in 9037, in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

Date: July 20, 2016

                                                    /s/Ryan Starks
                                                  Ryan Starks, Georgia Bar No: 676512
                                                  Attorney for CENLAR FSB
                                                  Phelan Hallinan Diamond & Jones, PLLC
                                                  11675 Great Oaks Way
                                                  Suite 375
                                                  Alpharetta, GA 30022
                                                  Tel: 770-393-4300 Ext. 60024
                                                  Fax: 770-393-4310
                                                  Email: ryan.starks@phelanhallinan.com
                                                  GAND.bankruptcy@phelanhallinan.com