# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 16-61864-PWB  
**Case Name:** COLLINS, ANDREW LAMAR  
**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 09/17/2018 (c)  
**§ 341(a) Meeting Date:** 10/16/2018  
**Claims Bar Date:** 05/02/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 6245 Shelburne Park Lane, Mableton, GA 30126-0000, Cobb County<br>Single-family home. Entire property value: $190,000.00 (See Footnote) | 190,000.00 | 28,381.23 | | 19,200.00 | 9,181.20 |
| 2 | 2012 Cadillac CTS, 83000 miles<br>Notice of Abandonment filed on 1/31/19 (Doc. No. 53) | 23,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | TV and Computer | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Wells Fargo Bank | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 401K: 401K Account | 2,000.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets    Totals**    (Excluding unknown values) | **$218,860.00** | **$28,381.23** | | **$19,200.00** | **$9,181.20** |

RE PROP# 1    Per Order approving settlement, (Docket # 63), debtor is paying Trustee a total of $28,381.20 over 24 months representing the net equity in the Property after consideration of liens, exemptions and cost to sell.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 16-61864-PWB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** COLLINS, ANDREW LAMAR | **Date Filed (f) or Converted (c):** 09/17/2018 (c) |
| | **§ 341(a) Meeting Date:** 10/16/2018 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 05/02/2019 |

**Major Activities Affecting Case Closing:**

Case was originally filed as a Chapter 13 case on 7/7/16. It was converted to a Chapter 7 case on 9/17/18. Trustee calculated significant equity in real property.

The Trustee and the Debtor have negotiated a purchase price for the equity in the real property located at 6245 Shelburne Park Lane. Per Order approving settlement (Docket # 63), debtor is paying Trustee a total of $28,381.20 over 24 months representing the net equity in the property after consideration of liens, exemptions and cost to sell. The final payment is scheduled for February 2021, if not paid beforehand.

In late July 2020, the Debtor offered to pay the balance owed on the settlement. If the balance of the settlement funds are received by the Trustee, the Trustee will begin preparation of his Final Report.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2021 | **Current Projected Date Of Final Report (TFR):** 06/30/2021 |

07/30/2020                                                                                          /s/S. Gregory Hays
_____                                                                           _____
Date                                                                                                     S. Gregory Hays

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******8200 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/19 | | Andrew Collins | Settlement payment of equity in property. Payment 1 of 20 Per Order, Doc # 63. | 1110-000 | 1,200.00 | | 1,200.00 |
| | {1} | | Acct #; Payment #1  $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #2  $17.45 | 1110-000 | | | |
| 03/20/19 | | Andrew Collins | Purchase of Equity per settlement, and Order Dkt # 63. | 1110-000 | 1,200.00 | | 2,400.00 |
| | {1} | | Acct #; Payment #2  $1,165.10 | 1110-000 | | | |
| | {1} | | Acct #; Payment #3  $34.90 | 1110-000 | | | |
| 03/20/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. | 1110-000 | 1,200.00 | | 3,600.00 |
| | {1} | | Acct #; Payment #3  $1,147.65 | 1110-000 | | | |
| | {1} | | Acct #; Payment #4  $52.35 | 1110-000 | | | |
| 03/20/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. | 1110-000 | 1,200.00 | | 4,800.00 |
| | {1} | | Acct #; Payment #4  $1,130.20 | 1110-000 | | | |
| | {1} | | Acct #; Payment #5  $69.80 | 1110-000 | | | |
| 06/17/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. July Pmt. | 1110-000 | 1,200.00 | | 6,000.00 |
| | {1} | | Acct #; Payment #5  $1,112.75 | 1110-000 | | | |
| | {1} | | Acct #; Payment #6  $87.25 | 1110-000 | | | |
| 07/17/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. August Pmt. | 1110-000 | 1,200.00 | | 7,200.00 |

**Page Subtotals:** $7,200.00  $0.00

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-2

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******8200 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {1} | | Purchase of Equity per settlement and Order Dkt # 63. August Pmt. $1,095.30 | 1110-000 | | | |
| | {1} | | Purchase of Equity per settlement and Order Dkt # 63. August Pmt. $104.70 | 1110-000 | | | |
| 09/04/19 | | ANDREW LAMAR COLLINS | Purchase of Equity per settlement and Order Dkt # 63. September Pmt. | 1110-000 | 1,200.00 | | 8,400.00 |
| | {1} | | Acct #; Payment #7 $1,077.85 | 1110-000 | | | |
| | {1} | | Acct #; Payment #8 $122.15 | 1110-000 | | | |
| 10/09/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. October Pmt. | 1110-000 | 1,200.00 | | 9,600.00 |
| | {1} | | Acct #; Payment #8 $1,060.40 | 1110-000 | | | |
| | {1} | | Acct #; Payment #9 $139.60 | 1110-000 | | | |
| 11/04/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. November Pmt. | 1110-000 | 1,200.00 | | 10,800.00 |
| | {1} | | Acct #; Payment #9 $1,042.95 | 1110-000 | | | |
| | {1} | | Acct #; Payment #10 $157.05 | 1110-000 | | | |
| 12/16/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. December Pmt. | 1110-000 | 1,200.00 | | 12,000.00 |
| | {1} | | Acct #; Payment #10 $1,025.50 | 1110-000 | | | |
| | {1} | | Acct #; Payment #11 $174.50 | 1110-000 | | | |

Page Subtotals: $4,800.00   $0.00

{ } Asset Reference(s)                                                                                                  ! - transaction has not been cleared

**Form 2**

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******8200 Checking |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/07/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. January 2020 Pmt. | 1110-000 | 1,200.00 | | 13,200.00 |
| | {1} | | Acct #; Payment #11  $1,008.05 | 1110-000 | | | |
| | {1} | | Acct #; Payment #12  $191.95 | 1110-000 | | | |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 13,200.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 13,200.00 | 13,200.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 13,200.00 | |
| **Subtotal** | 13,200.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,200.00** | **$0.00** | |

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******0029 Demand Deposit Account |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 13,200.00 | | 13,200.00 |
| 02/05/20 | | Andrew Collins | Purchase of equity per settlement and Order, Dkt # 63. February 2020 payment | 1110-000 | 1,200.00 | | 14,400.00 |
| | {1} | | Acct #; Payment #12 $990.60 | 1110-000 | | | |
| | {1} | | Acct #; Payment #13 $209.40 | 1110-000 | | | |
| 03/16/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. March 2020 Pmt. | 1110-000 | 1,200.00 | | 15,600.00 |
| | {1} | | Acct #; Payment #13 $973.15 | 1110-000 | | | |
| | {1} | | Acct #; Payment #14 $226.85 | 1110-000 | | | |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 12.40 | 15,587.60 |
| 04/17/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. April 2020 Pmt. | 1110-000 | 1,200.00 | | 16,787.60 |
| | {1} | | Acct #; Payment #14 $955.70 | 1110-000 | | | |
| | {1} | | Acct #; Payment #15 $244.30 | 1110-000 | | | |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.55 | 16,762.05 |
| 05/22/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. May 2020 Pmt. | 1110-000 | 1,200.00 | | 17,962.05 |
| | {1} | | Acct #; Payment #15 $938.25 | 1110-000 | | | |
| | {1} | | Acct #; Payment #16 $261.75 | 1110-000 | | | |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 26.08 | 17,935.97 |

**Page Subtotals:**     $18,000.00     $64.03

{ } Asset Reference(s)                                                                                                     ! - transaction has not been cleared

**Form 2**

Page: 2-5

## Cash Receipts And Disbursements Record

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******0029 Demand Deposit Account |
| For Period Ending: | 06/30/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/16/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. June 2020 Pmt. | 1110-000 | 1,200.00 | | 19,135.97 |
| | {1} | | Acct #; Payment #16    $920.80 | 1110-000 | | | |
| | {1} | | Acct #; Payment #17    $279.20 | 1110-000 | | | |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.40 | 19,104.57 |
| | | | **COLUMN TOTALS** | | 19,200.00 | 95.43 | $19,104.57 |
| | | | Less: Bank Transfers/CDs | | 13,200.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 95.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $6,000.00 | $95.43 | |

{ } Asset Reference(s)                                                                                                         ! - transaction has not been cleared

**Form 2**

Page: 2-6

**Cash Receipts And Disbursements Record**

| | | | |
|---|---|---|---|
| **Case No.:** | 16-61864-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | COLLINS, ANDREW LAMAR | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***3338 | **Account #:** | ******0029 Demand Deposit Account |
| **For Period Ending:** | 06/30/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $19,200.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $19,200.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8200 Checking | $13,200.00 | $0.00 | $0.00 |
| ******0029 Demand Deposit Account | $6,000.00 | $95.43 | $19,104.57 |
| | $19,200.00 | $95.43 | $19,104.57 |