**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:  COLLINS, ANDREW LAMAR        § Case No. 16-61864-PWB
                                     §
                                     §
                                     §
        Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 07/07/2016. The case was converted to one under Chapter 7 on 09/17/2018. The undersigned trustee was appointed on 09/17/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         28,381.20

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 303.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 28,078.06 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 05/02/2019 and the deadline for filing governmental claims was 05/02/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,588.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,588.12, for a total compensation of $3,588.12[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $90.82 for total expenses of $90.82[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/16/2020

By: /s/ S. Gregory Hays
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 16-61864-PWB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Date Filed (f) or Converted (c): | 09/17/2018 (c) |
| | | § 341(a) Meeting Date: | 10/16/2018 |
| For Period Ending: | 12/16/2020 | Claims Bar Date: | 05/02/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 6245 Shelburne Park Lane, Mableton, GA 30126-0000, Cobb County<br>The Interest of the Bankruptcy Estate in and to the Property was deemed abandoned upon Trustee's receipt in full of the Settlement Funds from Debtor in good funds. (See Footnote) | 190,000.00 | 28,381.23 | OA | 28,381.20 | FA |
| 2 | 2012 Cadillac CTS, 83000 miles<br>Notice of Abandonment filed on 1/31/19 (Doc. No. 53) | 23,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | TV and Computer | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Checking Account: Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Wells Fargo Bank | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 401K: 401K Account | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$218,860.00** | **$28,381.23** | | **$28,381.20** | **$0.00** |

RE PROP# 1    Per Order approving settlement, (Docket # 63), debtor paid Trustee a total of $28,381.20 over 24 months representing the net equity in the Property after consideration of liens, exemptions and cost to sell.

**Major Activities Affecting Case Closing:**

Case was originally filed as a Chapter 13 case on 7/7/16. It was converted to a Chapter 7 case on 9/17/18.

**Initial Projected Date Of Final Report (TFR):**  06/30/2021    **Current Projected Date Of Final Report (TFR):**  06/30/2021

12/16/2020                                      /s/S. Gregory Hays
Date                                            S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

| | | Form 2 | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | Cash Receipts And Disbursements Record | | | | Page: 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 16-61864-PWB | | Trustee Name: | | S. Gregory Hays (300320) | |
| Case Name: | COLLINS, ANDREW LAMAR | | Bank Name: | | Mechanics Bank | |
| Taxpayer ID #: | **-***3338 | | Account #: | | ******8200 Checking | |
| For Period Ending: | 12/16/2020 | | Blanket Bond (per case limit): | | $30,203,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/19 | | Andrew Collins | Settlement payment of equity in property. Payment 1 of 20 Per Order, Doc # 63. | 1110-000 | 1,200.00 | | 1,200.00 |
| | {1} | | Acct #; Payment #1 $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #2 $17.45 | 1110-000 | | | |
| 03/20/19 | | Andrew Collins | Purchase of Equity per settlement, and Order Dkt # 63. | 1110-000 | 1,200.00 | | 2,400.00 |
| | {1} | | Acct #; Payment #2 $1,165.10 | 1110-000 | | | |
| | {1} | | Acct #; Payment #3 $34.90 | 1110-000 | | | |
| 03/20/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. | 1110-000 | 1,200.00 | | 3,600.00 |
| | {1} | | Acct #; Payment #3 $1,147.65 | 1110-000 | | | |
| | {1} | | Acct #; Payment #4 $52.35 | 1110-000 | | | |
| 03/20/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. | 1110-000 | 1,200.00 | | 4,800.00 |
| | {1} | | Acct #; Payment #4 $1,130.20 | 1110-000 | | | |
| | {1} | | Acct #; Payment #5 $69.80 | 1110-000 | | | |
| 06/17/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. July Pmt. | 1110-000 | 1,200.00 | | 6,000.00 |
| | {1} | | Acct #; Payment #5 $1,112.75 | 1110-000 | | | |
| | {1} | | Acct #; Payment #6 $87.25 | 1110-000 | | | |
| 07/17/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. August Pmt. | 1110-000 | 1,200.00 | | 7,200.00 |
| | {1} | | Purchase of Equity per settlement and Order Dkt # 63. August Pmt. $1,095.30 | 1110-000 | | | |
| | {1} | | Purchase of Equity per settlement and Order Dkt # 63. August Pmt. $104.70 | 1110-000 | | | |
| 09/04/19 | | ANDREW LAMAR COLLINS | Purchase of Equity per settlement and Order Dkt # 63. September Pmt. | 1110-000 | 1,200.00 | | 8,400.00 |
| | {1} | | Acct #; Payment #7 $1,077.85 | 1110-000 | | | |
| | {1} | | Acct #; Payment #8 $122.15 | 1110-000 | | | |

Page Subtotals:    $8,400.00    $0.00

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2 — Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******8200 Checking |
| For Period Ending: | 12/16/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. October Pmt. | 1110-000 | 1,200.00 | | 9,600.00 |
| | {1} | | Acct #; Payment #8 $1,060.40 | 1110-000 | | | |
| | {1} | | Acct #; Payment #9 $139.60 | 1110-000 | | | |
| 11/04/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. November Pmt. | 1110-000 | 1,200.00 | | 10,800.00 |
| | {1} | | Acct #; Payment #9 $1,042.95 | 1110-000 | | | |
| | {1} | | Acct #; Payment #10 $157.05 | 1110-000 | | | |
| 12/16/19 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. December Pmt. | 1110-000 | 1,200.00 | | 12,000.00 |
| | {1} | | Acct #; Payment #10 $1,025.50 | 1110-000 | | | |
| | {1} | | Acct #; Payment #11 $174.50 | 1110-000 | | | |
| 01/07/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. January 2020 Pmt. | 1110-000 | 1,200.00 | | 13,200.00 |
| | {1} | | Acct #; Payment #11 $1,008.05 | 1110-000 | | | |
| | {1} | | Acct #; Payment #12 $191.95 | 1110-000 | | | |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 13,200.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 13,200.00 | 13,200.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 13,200.00 | |
| | | **Subtotal** | | | 13,200.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$13,200.00** | **$0.00** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

| | | Form 2 | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | Cash Receipts And Disbursements Record | | | | Page: 3 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 16-61864-PWB | | Trustee Name: | | S. Gregory Hays (300320) | |
| Case Name: | COLLINS, ANDREW LAMAR | | Bank Name: | | East West Bank | |
| Taxpayer ID #: | **-***3338 | | Account #: | | ******0029 Demand Deposit Account | |
| For Period Ending: | 12/16/2020 | | Blanket Bond (per case limit): | | $30,203,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 13,200.00 | | 13,200.00 |
| 02/05/20 | | Andrew Collins | Purchase of equity per settlement and Order, Dkt # 63. February 2020 payment | 1110-000 | 1,200.00 | | 14,400.00 |
| | {1} | | Acct #; Payment #12 $990.60 | 1110-000 | | | |
| | {1} | | Acct #; Payment #13 $209.40 | 1110-000 | | | |
| 03/16/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. March 2020 Pmt. | 1110-000 | 1,200.00 | | 15,600.00 |
| | {1} | | Acct #; Payment #13 $973.15 | 1110-000 | | | |
| | {1} | | Acct #; Payment #14 $226.85 | 1110-000 | | | |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 12.40 | 15,587.60 |
| 04/17/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. April 2020 Pmt. | 1110-000 | 1,200.00 | | 16,787.60 |
| | {1} | | Acct #; Payment #14 $955.70 | 1110-000 | | | |
| | {1} | | Acct #; Payment #15 $244.30 | 1110-000 | | | |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.55 | 16,762.05 |
| 05/22/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. May 2020 Pmt. | 1110-000 | 1,200.00 | | 17,962.05 |
| | {1} | | Acct #; Payment #15 $938.25 | 1110-000 | | | |
| | {1} | | Acct #; Payment #16 $261.75 | 1110-000 | | | |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 26.08 | 17,935.97 |
| 06/16/20 | | Andrew Collins | Purchase of Equity per settlement and Order Dkt # 63. June 2020 Pmt. | 1110-000 | 1,200.00 | | 19,135.97 |
| | {1} | | Acct #; Payment #16 $920.80 | 1110-000 | | | |
| | {1} | | Acct #; Payment #17 $279.20 | 1110-000 | | | |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.40 | 19,104.57 |
| 07/20/20 | | ANDREW LAMAR COLLINS | Purchase of Equity per settlement and Order Dkt # 63. July 2020 Pmt. | 1110-000 | 1,200.00 | | 20,304.57 |

Page Subtotals:    $20,400.00    $95.43

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| Case No.: | 16-61864-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | COLLINS, ANDREW LAMAR | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***3338 | Account #: | ******0029 Demand Deposit Account |
| For Period Ending: | 12/16/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {1} | | Acct #; Payment #17  $903.35 | 1110-000 | | | |
| | {1} | | Acct #; Payment #18  $296.65 | 1110-000 | | | |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 32.19 | 20,272.38 |
| 08/10/20 | | Andrew Colins | Purchase of Equity per settlement and Order Dkt # 63. Final Payment. | 1110-000 | 7,981.20 | | 28,253.58 |
| | {1} | | Acct #; Payment #18  $885.90 | 1110-000 | | | |
| | {1} | | Acct #; Payment #19  $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #20  $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #21  $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #22  $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #23  $1,182.55 | 1110-000 | | | |
| | {1} | | Acct #; Payment #24  $1,182.55 | 1110-000 | | | |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.97 | 28,214.61 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 48.10 | 28,166.51 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 45.01 | 28,121.50 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.44 | 28,078.06 |

| | COLUMN TOTALS | 28,381.20 | 303.14 | $28,078.06 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 13,200.00 | 0.00 | |
| | Subtotal | 15,181.20 | 303.14 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $15,181.20 | $303.14 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-61864-PWB | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | COLLINS, ANDREW LAMAR | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***3338 | **Account #:** | ******0029 Demand Deposit Account |
| **For Period Ending:** | 12/16/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $28,381.20 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $28,381.20 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8200 Checking | $13,200.00 | $0.00 | $0.00 |
| ******0029 Demand Deposit Account | $15,181.20 | $303.14 | $28,078.06 |
| | **$28,381.20** | **$303.14** | **$28,078.06** |

12/16/2020
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 16-61864-PWB  　　　　ANDREW LAMAR COLLINS

Claims Bar Date: 05/02/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>08/24/16 | | $3,177.92<br>$3,177.92 | $0.00 | $3,177.92 |
| | Personal property lien. The Trustee did not administer assets to which the creditor's secured claim would attach. Therefore, the Trustee will not be making a distribution on this claim. | | | | | |
| 10 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>09/16/16 | | $22,993.82<br>$22,993.82 | $0.00 | $22,993.82 |
| | Vehicle lien. The Trustee did not administer assets to which the creditors secured claim would attach. Therefore, the Trustee will not be making a distribution on this claim. | | | | | |
| 13 | Franklin American Mortgage Company<br>425 Phillips Blvd.<br>Ewing, NJ 08618<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>10/18/16 | | $181,483.44<br>$181,483.44 | $0.00 | $181,483.44 |
| | The Trustee did not administer assets to which the creditors secured claim would attach. Therefore, the Trustee will not be making a distribution on this claim. | | | | | |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>10/20/20 | | $3,588.12<br>$3,588.12 | $0.00 | $3,588.12 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>08/06/20 | | $90.82<br>$90.82 | $0.00 | $90.82 |
| ADM3 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>08/06/20 | | $1,380.00<br>$1,380.00 | $0.00 | $1,380.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 16-61864-PWB          ANDREW LAMAR COLLINS

Claims Bar Date: 05/02/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM4 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>08/06/20 | | $77.30<br>$77.30 | $0.00 | $77.30 |
| ADM5 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>08/06/20 | | $4,902.25<br>$4,902.25 | $0.00 | $4,902.25 |
| ADM6 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>08/06/20 | | $18.50<br>$18.50 | $0.00 | $18.50 |
| 1 | Republic Finance, LLC<br>Bankruptcy Center<br>282 Tower Rd.<br>Ponchatoula, LA 70454<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/12/16 | | $3,783.32<br>$3,783.32 | $0.00 | $3,783.32 |
| 2Ua | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/15/16 | | $623.80<br>$623.80 | $0.00 | $623.80 |
| 2Ub | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630<br>Claim under 726(a)(4) - Fines, Penalties | Unsecured<br>07/15/16 | | $136.21<br>$136.21 | $0.00 | $136.21 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 16-61864-PWB  ANDREW LAMAR COLLINS

Claims Bar Date: 05/02/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 3 | Discover Personal Loan<br>Attention: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/15/16 | | $21,255.33<br>$21,255.33 | $0.00 | $21,255.33 |
| 4 | SunTrust Bank<br>PO Box 85092<br>Richmond, VA 23286<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/18/16 | | $2,049.63<br>$2,049.63 | $0.00 | $2,049.63 |
| 5 | Credit First/CFNA<br>Bk13 Credit Operations<br>Po Box 818011<br>Cleveland, OH 44181<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/11/16 | | $481.52<br>$481.52 | $0.00 | $481.52 |
| 7 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/26/16 | | $562.71<br>$562.71 | $0.00 | $562.71 |
| 8 | U.S. Department of Education<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/06/16 | | $47,871.17<br>$47,871.17 | $0.00 | $47,871.17 |
| 9 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/16 | | $655.53<br>$655.53 | $0.00 | $655.53 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

Case: 16-61864-PWB                    ANDREW LAMAR COLLINS

Claims Bar Date: 05/02/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | SYNCHRONY BANK<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Claim transferred per Dkt # 43. | Unsecured<br>10/12/16 | | $1,531.68<br>$1,531.68 | $0.00 | $1,531.68 |
| 12 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/18/16 | | $5,515.69<br>$5,515.69 | $0.00 | $5,515.69 |
| 14 | Nordstrom Fsb<br>c/o Jefferson Capital Systems LLC<br> Po Box 7999<br>Saint Cloud, MN 56302<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/20/16 | | $2,292.59<br>$2,292.59 | $0.00 | $2,292.59 |
| 15 | LVNV Funding, LLC its successors and assigns as assignee of LC Trust I<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/20/16 | | $17,715.05<br>$17,715.05 | $0.00 | $17,715.05 |
| 16 | Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/25/16 | | $798.84<br>$798.84 | $0.00 | $798.84 |
| 17 | Bank of America, N.A.<br>P O Box 15102<br>Wilmington, DE 19886-5102<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/27/16 | | $7,024.34<br>$7,024.34 | $0.00 | $7,024.34 |

UST Form 101-7-TFR (5/1/2011)

Page: 5

# Exhibit C

## Analysis of Claims Register

Case: 16-61864-PWB     ANDREW LAMAR COLLINS

Claims Bar Date: 05/02/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | Wells Fargo Bank, N.A. PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/28/16 | | $2,476.01 $2,476.01 | $0.00 | $2,476.01 |
| 19 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/28/16 | | $57.03 $57.03 | $0.00 | $57.03 |
| | | | Case Total: | | $0.00 | $332,542.62 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-61864-PWB
Case Name: ANDREW LAMAR COLLINS
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 28,078.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Bank Of America, N.A. | 22,993.82 | 22,993.82 | 0.00 | 0.00 |
| 13 | Franklin American Mortgage Company | 181,483.44 | 181,483.44 | 0.00 | 0.00 |
| 6 | Wells Fargo Bank NA | 3,177.92 | 3,177.92 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,078.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 3,588.12 | 0.00 | 3,588.12 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 1,380.00 | 0.00 | 1,380.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 77.30 | 0.00 | 77.30 |
| Trustee, Expenses - S. Gregory Hays | 90.82 | 0.00 | 90.82 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 4,902.25 | 0.00 | 4,902.25 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 18.50 | 0.00 | 18.50 |

Total to be paid for chapter 7 administrative expenses: $ 10,056.99
Remaining balance: $ 18,021.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,021.07

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 18,021.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $114,694.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Republic Finance, LLC | 3,783.32 | 0.00 | 594.45 |
| 2Ua | Internal Revenue Service | 623.80 | 0.00 | 98.01 |
| 3 | Discover Personal Loan | 21,255.33 | 0.00 | 3,339.70 |
| 4 | SunTrust Bank | 2,049.63 | 0.00 | 322.04 |
| 5 | Credit First/CFNA | 481.52 | 0.00 | 75.66 |
| 7 | Capital One Bank (USA), N.A. | 562.71 | 0.00 | 88.41 |
| 8 | U.S. Department of Education | 47,871.17 | 0.00 | 7,521.65 |
| 9 | Midland Funding LLC | 655.53 | 0.00 | 103.00 |
| 11 | SYNCHRONY BANK | 1,531.68 | 0.00 | 240.66 |
| 12 | American Express Centurion Bank | 5,515.69 | 0.00 | 866.64 |
| 14 | Nordstrom Fsb | 2,292.59 | 0.00 | 360.22 |
| 15 | LVNV Funding, LLC its successors and assigns as assignee of LC Trust I | 17,715.05 | 0.00 | 2,783.44 |
| 16 | Department Store National Bank | 798.84 | 0.00 | 125.52 |
| 17 | Bank of America, N.A. | 7,024.34 | 0.00 | 1,103.68 |
| 18 | Wells Fargo Bank, N.A. | 2,476.01 | 0.00 | 389.04 |
| 19 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings | 57.03 | 0.00 | 8.95 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 18,021.07 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $136.21 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2Ub | Internal Revenue Service | 136.21 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |