UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANDREW LAMAR COLLINS, | : | CASE NO. 16-61864-PWB |
| | : | |
| Debtor. | : | |

**APPLICATION BY TRUSTEE FOR COMPENSATION**

TO:  THE HONORABLE PAUL W BONAPFEL
     UNITED STATES BANKRUPTCY JUDGE

This Application of S. Gregory Hays, brought pursuant to Section 330 of the United States Bankruptcy Code, respectfully shows that he is the duly-appointed and qualified Trustee in Bankruptcy of the above-captioned Estate, that the assets of said Debtors have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total sum of $28,381.20 of which $0.00 has been disbursed to the Debtor and the Trustee anticipates an additional $0.00 will be distributed to the Debtor.

In the administration of said Estate, your Applicant has performed those services required by a Trustee. This Application is for services rendered from September 17, 2018 through December 16, 2020. The statutory allowance is the sum of $3,588.12, and Applicant has heretofore received on his account compensation as Trustee in the sum of $0.00.

Your Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed. Your Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of

fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

On July 7, 2016, Andrew Lamar Collins ("**Debtor**") filed a voluntarily petition under Chapter 13 of Title 11 of the United States Code (11 U.S.C. § 101, *et seq.*, as amended, is hereinafter referred to as the "**Bankruptcy Code**"), initiating Case No. 16-61864-PWB.

On September 15, 2018, Debtor filed a Request to Convert Chapter 13 Case to a Chapter 7 [Doc. No. 34]. The Bankruptcy Case was converted to a proceeding under Chapter 7 on September 17, 2018.

Shortly thereafter, Trustee was appointed, and he remains, the duly acting Chapter 7 trustee in this Bankruptcy Case. At the commencement of the Case, the Bankruptcy Estate was created under 11 U.S.C. § 541(a), and it includes all Debtors' legal or equitable interests in property as of the commencement of the Case and any interest in property that the Bankruptcy Estate acquires after commencement of the Case.  11 U.S.C. § 541 (2014).

Pursuant to his *Schedule A/B: Property,* Debtor scheduled his interest in his residence known generally as 6245 Shelburne Park Lane, Mableton, GA 30126 (the "**Property**"). *See* [Doc. No. 1 at page 15 of 63].

Rather than Trustee's selling the Debtor's interest in the Property (the "**Interest**"), Debtor and Trustee agreed Debtor would purchase the Interest from the Bankruptcy Estate (the "**Transfer Dispute**").

Following negotiations, Trustee and Debtor (collectively, the "**Parties**") reached an agreement to transfer the Interest to Debtor by Trustee's abandoning it back to Debtor following certain payments by Debtor.  In this regard, the Parties have entered into a Settlement Agreement

(the "**Settlement Agreement**"), which is attached as Exhibit A to the Settlement Motion (defined below).

On February 25, 2019, Trustee filed the *Motion for Order Authorizing Compromise and Settlement with Debtor under Rule 9019 of the Federal Rules of Bankruptcy Procedure* [Doc. No. 60] (the "**Settlement Motion**").

On March 29, 2019, the Court entered an *Order* [Doc. No. 63] approving the Settlement Motion.

As said Trustee, your Applicant has or will pay in the final administration of the Bankruptcy Case out of his own funds expenses totaling $90.82, none of which have been repaid and for which he prays for reimbursement. Attached hereto marked as Exhibit "A" and incorporated herein by reference is an itemization of Trustee's expenses.

All required bankruptcy estate tax returns have been filed and the Trustee is proposing paying unsecured creditors a distribution of 15.7% on his Trustee Final Report.

WHEREFORE, S. Gregory Hays prays for such allowance for his services herein in the amount of $3,588.12 plus reimbursement of expenses in the amount of $90.82 and as the Court finds reasonable and just.

Respectfully submitted 16th day of December, 2020.

/s/
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W, Ste 555
Atlanta, Georgia 30305
(404) 926-0060

Exhibit "A"

# Hays Financial Consulting, LLC
2964 Peachtree Road
Suite 555
Atlanta, GA 30305-2153

---

**Andrew Lamar Collins**
**Case # 16-61864**

For the Period from   9/17/2018   to   12/16/2020

December 16, 2020

| | | **Amount** |
|---|---|---:|
| **Expenses** | | |
| 2/4/2019 | January 2019 - 6 copies at $0.50 per copy. | 3.00 |
| 1/9/2020 | 2020 Bond fee | 4.22 |
| 12/16/2020 | Case Closing Expenses: | 83.60 |
| | Copies NFR - 54 notices @ 6 pages @ $0.15 per copy - $48.60 | |
| | Postage NFR - 54 notices @ $0.50 per notice - $27.00 | |
| | Postage distribution checks - 16 checks @ $0.50 per check - $8.00 | |
| | Subtotal | 90.82 |
| | **Total costs** | **$90.82** |